UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN R. MAYFIELD, THOMAS J. SHERIDAN, ROBERT MECLEARY, and JESSIE McKINNEY, on behalf of themselves and of a similarly situated class, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:06-0883 Judge Trauger |
| v. ) ) | |
| THE BOEING COMPANY, ) ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, venue in this case is **TRANSFERRED** to the United States District Court for the Northern District of Illinois. Accordingly, the plaintiffs' Motion to Certify Class (Docket No. 7), the defendant's Motion to Dismiss (Docket No. 15), the defendant's Motion to Stay Proceedings and to Strike (Docket No. 17), and the plaintiffs' Motion to Commence Discovery (Docket No. 43) are **TRANSFERRED** to that forum for determination.

It is so ordered.

Entered this 4th day of June 2007.

ALETA A. TRAUGER
United States District Judge